**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COLLEEN BUNDSCHUH,

        Petitioner

        v.

GWYNEDD VETERINARY HOSPITAL, INC.
(WORKERS' COMPENSATION APPEAL
BOARD),

        Respondents

:  No. 184 MAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.